DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEERFIELD FLORIDA HOUSE, INC.** and **SHERIEF ABU-MOUSTAFA,**
Appellants,

v.

**COMPUTERS FOR BUSINESS, INC.** d/b/a **CONNECTIONS FOR BUSINESS,**
Appellee.

No. 4D21-3051

[February 15, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 16-18756 CACE (14).

Peter E.S. Wallis of South Florida Business Lawyers, P.A., Pompano Beach, for appellants.

Steven H. Osber of Conrad & Scherer, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150, 1152 (Fla. 1979).

KLINGENSMITH, C.J., WARNER and CIKLIN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***